An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHAD LEWIS BROADWAY A/K/A
CHAD LOUIS BROADWAY,
                    Appellant,
         vs.
THE STATE OF NEVADA,
                    Respondent.

No. 66862

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of possession of a controlled substance. Second Judicial District Court, Washoe County; Janet J. Berry, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04938

cc: Hon. Janet J. Berry, District Judge
Novi and Wilkin
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk
Chad Lewis Broadway

SUPREME COURT
OF
NEVADA

(O) 1947A